```
                    ___ FILED         ___ RECEIVED
                    ___ ENTERED       ___ SERVED ON
                              COUNSEL/PARTIES OF RECORD

                          FEB 10 2011

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
                BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>IGNACIO GOMEZ-SANCHEZ, a.k.a. "Ricky,"<br>a.k.a. Carlos Omar-Flores-Guadalupe, a.k.a<br>Roberto Parra,<br><br>            Defendant. | No.: 2:09-cr-376-GMN (RJJ) |

## ORDER OF FORFEITURE

On February 10, 2011, defendant IGNACIO GOMEZ-SANCHEZ pled guilty to Counts One and Two of a Two-Count Superseding Criminal Information charging him in Count One with Money Laundering Conspiracy in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and (h) and charging him in Count Two with Conspiracy to Distribute a Controlled Substance (Methamphetamine) in violation of Title 21 United States Code, Sections 841 (a)(1) and (b)(1)(B) and 846 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Superseding Criminal Information.

This Court finds that IGNACIO GOMEZ-SANCHEZ shall pay a criminal forfeiture money judgment of $200,000 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United

States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from IGNACIO GOMEZ-SANCHEZ a criminal forfeiture money judgment in the amount of $200,000 in United States Currency.

DATED this _10th_ day of _February_, 2011.

_____
UNITED STATES DISTRICT JUDGE

2