

1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada State Bar No. 2137
   MICHAEL HUMPHREYS
3  Assistant United States Attorney
   Lloyd D. George United States Courthouse
4  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
5  Telephone: (702) 388-6336
   Facsimile: (702) 388-6787
6  Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:09-CR-376-GMN (RJJ)<br>) |
| IGNACIO GOMEZ-SANCHEZ, a.k.a. "Ricky,"<br>a.k.a. Carlos Omar-Flores-Guadalupe, a.k.a.<br>Roberto Parra, | )<br>)<br>) |
| Defendant. | )<br>) |

### ORDER OF FORFEITURE

This Court found on February 17, 2011, that IGNACIO GOMEZ-SANCHEZ, a.k.a. "Ricky," a.k.a. Carlos Omar-Flores-Guadalupe, a.k.a. Roberto Parra, shall pay a criminal forfeiture money judgment of $200,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(A); Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C); Title 18, United States Code, Section 982(A)(1); and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p). Docket #66, 67.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from IGNACIO GOMEZ-SANCHEZ, a.k.a. "Ricky," a.k.a. Carlos Omar-Flores-Guadalupe, a.k.a. Roberto Parra, a criminal forfeiture money judgment in the amount of $200,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(A); Title 28, United States Code,

Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C); Title 18, United States Code, Section 982(A)(1); and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p),

DATED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE